VITTORIA SOTIS FABRIZIO et al., complainants-appellants,

*v.*

ANTHONY GALLERANO, substituted administrator, &c., et al., defendants-respondents.

[Submitted February term, 1939. Decided April 21st, 1939.]

*Messrs. Kristeller & Zucker (Mr. Lionel P. Kristeller,* of counsel), and *Mr. Edward M. Sullivan* (of the Rhode Island bar), on the brief, for the appellants.

*Messrs. Carl & Wm. Abruzzese (Mr. Carl Abruzzese,* of counsel), for the respondents.

PER CURIAM.

We are in accord with the conclusion reached by the learned vice-chancellor, and the decree is accordingly affirmed.

The bank account was a credit, and was therefore convertible "into money." And, by the same clause, the testator gave the "balance" of his "estate," after the payment of administration expenses, to his sister Matilda.

Appellants "ask leave to reserve their right to apply for an allowance of costs and counsel fees." We have concluded that they are not entitled to either costs or counsel fees; and the application is therefore denied.

*For affirmance*—THE CHIEF-JUSTICE, PARKER, CASE, BODINE, DONGES, HEHER, PERSKIE, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, JJ. 14.

*For reversal*—None.